```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
EMANUEL DELACRUZ,                                       :
                                                        :
                              Plaintiff,                :
                                                        :           22-CV-6523 (VSB)
               -against-                                :
                                                        :              ORDER
                                                        :
THE GEORGE WASHINGTON                                   :
UNIVERSITY,                                             :
                                                        :
                              Defendant.                :
                                                        X
--------------------------------------------------------
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a tentative settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

The Clerk of the Court is respectfully directed to terminate any pending gavels.

SO ORDERED.

Dated: January 12, 2023
       New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge